FRANCIS H. BOYER, Respondent, *v.* CLARK D. RHINEHART, Appellant.

(Argued January 27, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made January 25, 1892, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Mr. Gifford* for appellant.

*Jesse Johnson* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

In the Matter of the Opening and Extension of BROWNELL STREET in the Village of Edgewater.

(Argued January 30, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 24, 1892, which affirmed an order of Special Term overruling objections to the confirmation of the report of commissioners of appraisal and confirmed said report.

*George J. Greenfield* for appellants.

*William M. Mullen* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.